LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, CA 95926
Telephone: 530-891-6222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'QUINN, | Case No.:   2:02-cv-0308  MCE/KJM |
| Plaintiff, | |
| vs. | ORDER RESETTING DATE FOR TRIAL |
| RALEY'S AND BEL AIR, a California Corporation; JOYCE RALEY TEEL, an Individual;  MICHAEL J. TEEL, an Individual | Date:  February 26, 2007<br>Special Set approved by Courtroom Clerk |
| Defendants, | |

On the Request for Continuance of Plaintiff, John O'Quinn, counsel for Defendant, Raley's and Bel Air, having consented thereto, it is Ordered that the trial of this cause be reset for August 15, 2007 at 09:00 a.m. A Minute Order will be issued with new deadlines for parties to follow that comports with the new trial date.

DATED: February 16, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE