SEYFARTH SHAW LLP
Mark H. Van Brussel, Esq. (SBN: 080777)
William D. Bishop, Jr. (SBN: 232251)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4420
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
RALEY'S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'QUINN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALEY'S, et al.,<br><br>　　　　Defendants. | Case No. 2:02-cv-00308-MCE-KJM<br><br>**CERTIFICATE IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME; ORDER**<br><br>Hearing Date: September 20, 2007<br>Time:　　　　10:30 A.M.<br>Courtroom:　　3<br><br>Trial Date:　August 27-31, 2007 (Phase I)<br>　　　　　　September 28, 2007 (Phase II)<br><br>The Hon. Morrison C. England, Jr. |

I, Mark H. Van Brussel, declare as follows:

1.   I am a partner in the law firm of Seyfarth Shaw LLP and am counsel of record for defendant Raley's in the above-captioned matter.  This Certificate is submitted in support of Raley's application for an order shortening time for service of its Motion To Vacate the Second (Punitive Damages) Phase of Trial in this matter so that the motion can be heard on September 20, 2007.

2.   This case was tried to a jury during the week of August 27-31, 2007.  The jury returned with its verdict in favor of plaintiff on the afternoon of August 31, 2007.  The Court then advised the jurors they would need to return to court on September 28, 2007 for a second phase of trial (*i.e.,* to determine punitive damages).

///

1

SC1 17086418.1        CERTIFICATE IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME

3.	Proceeding with all due diligence, I have researched applicable law and have prepared a motion to vacate the second (punitive damages) phase of trial on grounds that plaintiff's damages award already exceeds the cap allowed under Title VII.

4.	Late last week or early this week, I spoke to opposing counsel Larry Baumbach, conveyed to him Raley's position that no punitive damages phase was warranted as the damages already exceeded Title VII's cap, and asked that he stipulate to vacating the second phase of trial. He refused, stating that he was entitled to recover further damages under his California FEHA claim.

5.	Given the timing of the Court's ruling on the second phase of trial (August 31), and the trial date itself (September 28), I could not regularly notice this motion and have it heard in time to avoid the September 28 trial, thus requiring this shortened notice.

6.	I advised Mr. Baumbach on September 12 of the proposed September 20, 2007 hearing date for this motion. He said he would be in Sacramento that day for a deposition and could probably move the deposition back in the day.

7.	I hereby certify that this Application for Order Shortening Time is made in good faith and for good cause.

Dated:   September 12, 2007

/s/ Mark H. Van Brussel
MARK H. VAN BRUSSEL

## **O R D E R**

GOOD CAUSE APPEARING THEREFOR, the notice for defendant's motion to vacate second (punitive damages) phase of trial is shortened to six days. Defendant's motion shall be served electronically on or before September 13, 2007. Opposition, if any, shall be filed and fax-served by September 17, 2007 at 4:00 p.m. The hearing shall be held on September 20, 2007 at 10:30 a.m. in Courtroom 3.

Dated: September 13, 2007

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE