LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, CA 95926
Telephone: 530-891-6222

Attorney for Plaintiff JOHN O'QUINN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'QUINN.<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RALEY'S and BEL AIR, a California Corporation; JOYCE RALEY TEEL, an individual; MICHAEL J. TEEL, an individual,<br><br>　　　　　　Defendants, | Case No.:  CIV. S-02-0308 MCE JFM<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**<br><br>Date: December 7, 2007<br>Time: 9:00 a.m.<br>Dept: 3<br><br>The Honorable Morrison C. England, Jr. |

TO DEFENDANT RALEY'S AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the above time, date and place, Plaintiff JOHN O'QUINN will move the Court for an order granting attorney's fees and costs under Rule 54-293 which states:

> "Motions for awards of attorneys' fees to prevailing parties pursuant to statute shall be filed not later than thirty (30) days after entry of final judgment. Such motions are not governed either by Fed. R. Civ. P. 59(e) or by L.R. 54-292 but are governed by L.R. 78-230."

This motion is based upon this notice, the supporting points and authorities and exhibits attached thereto, the Declaration of Larry L. Baumbach, and on all papers filed and records in this action.

1  Dated: October 11, 2007                LAW OFFICES OF LARRY L. BAUMBACH
2
3                                          _____
4                                          LARRY L. BAUMBACH