1  LARRY L. BAUMBACH
   State Bar No. 50086
2  LAW OFFICES OF LARRY L. BAUMBACH
3  686 Rio Lindo Avenue
   Chico, CA 95926
4  Telephone: 530-891-6222

5  Attorney for Plaintiff JOHN O'QUINN

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 | JOHN O'QUINN.                               | Case No.: CIV. S-02-0308 MCE JFM
11 |              Plaintiffs,                    | [PROPOSED] ORDER GRANTING
12 | vs.                                         | MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS
13 | RALEY'S and BEL AIR, a California           | Date: December 7, 2007
14 | Corporation; JOYCE RALEY TEEL, an           | Time: 9:00 a.m.
   | individual; MICHAEL J. TEEL, an             | Dept: 3
15 | individual,
16 |              Defendants,                    | The Honorable Morrison C. England, Jr.
17

18

19     Plaintiff's Motion for Award of Attorney's Fees and Costs came on for hearing on
20 December 7, 2007, before the Honorable Morrison C. England, Jr., Judge of the Eastern
21 District Court of California and in accordance with local rules. Notice of Motion and all
22 supporting papers have been filed and served on all parties.
23     **GOOD CAUSE APPEARING IT IS HEREBY ORDERED** that Plaintiff's Motion for
24 Award of Attorney's Fees and Costs be in the amount of _____ and hereby
25 is **GRANTED**.
26 Dated: _____, 2007
27
28
                                    _____
                                    THE HONORABLE MORRISON C. ENGLAND, JR.

-1-
[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS