SEYFARTH SHAW LLP
Mark H. Van Brussel, Esq. (SBN: 080777) mvanbrussel@seyfarth.com
William D. Bishop, Jr. (SBN: 232251) wbishop@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4420
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
David D. Kadue (SBN 113578) dkadue@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
RALEY'S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'QUINN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RALEY'S, et al.,<br><br>　　　　Defendants. | Case No. 2:02-CV-0308 MCE KJM<br><br>**ORDER APPROVING BOND AND STAY PENDING APPEAL**<br><br>Judge: The Hon. Morrison C. England |

　　　Having read and considered the application by RALEY'S for an Order Approving Supersedeas Bond, it is hereby ordered that defendant's supersedeas bond is approved and that all enforcement proceedings against defendant pursuant to the September 28, 2007 Judgment awarding plaintiff John O'Quinn $1,405,500 shall be stayed effective this date pending the resolution of the appeal.

DATED: May 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SC1 17092444.1                    PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com